## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**WILCO MARSH BUGGIES AND**                                    **CIVIL ACTION**
**DRAGLINES, INC.**

**VERSUS**                                                     **NO: 11-1310-EEF-SS**

**LRHR, LLC, RANSOME**
**EQUIPMENT SALES, LLC, and**
**PERCY RANSOME**

## <u>ORDER</u>

PLAINTIFF'S MOTION TO COMPEL (Rec. doc. 27)

**GRANTED IN PART AND DENIED IN PART**

The defendants, LRHR, LLC ("LRHR"), Ransome Equipment Sales, LLC ("Ransome Equipment"), and Percy Ransome ("Ransome"), filed a motion to dismiss for lack of personal jurisdiction. Rec. doc. 15. The District Judge granted the plaintiff, Wilco Marsh Buggies and Draglines, Inc. ("Wilco"), leave to conduct jurisdictional discovery. Rec. doc. 24. Wilco filed a motion to compel supplemental responses to request for admission nos. 15-19 and request for production nos. 8 and 9. The discovery and defendants' responses may be found at pages 5 to 9 of Wilco's memorandum in support of motion to compel.

The defendants' objections to request for admission nos. 15 and 16 are sustained.

The defendants' objections to request for admission nos. 17, 18 and 19 are overruled. The defendants shall respond to these requests for admissions.

Subject to their objections, the defendants state that they have no documents responsive to request for production nos. 9 and 10. Wilco contends that these responses are not credible. Wilco's

argument is an insufficient basis to require a further response from the defendants.

Wilco's request for attorneys' fees is denied.[1]

IT IS ORDERED that: (1) plaintiff's motion to compel (Rec. doc. 27) is GRANTED in PART and DENIED in PART; and (2) **within fourteen (14) calendar days of the entry of this order**, the defendants shall supplement their responses to request for admission nos. 17, 18 and 19.

New Orleans, Louisiana, this 26th day of October, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] Counsel for Wilco is also cautioned about an attorney's obligation to meet and confer prior to bringing a discovery motion.  See page 6 of defendants' opposition brief.