## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILCO MARSH BUGGIES AND DRAGLINES, INC.** | CIVIL ACTION NO.  11-1310 |
| | JUDGE FALLON |
| **VERSUS** | SECTION L |
| **LRHR, L.L.C., RANSOME EQUIPMENT SALES, L.L.C., and PERCY RANSOME** | MAG. SHUSHAN |

### <u>ORDER</u>

Considering the *Joint Motion for Dismissal with Prejudice* filed herein in the above-captioned case, and finding good cause for the relief requested therein;

**IT IS ORDERED** that the Motion by and hereby is GRANTED;

**IT IS FURTHER ORDERED** that the above-captioned case be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

New Orleans, Louisiana this  11th  day of January, 2012.

_____

UNITED STATES DISTRICT JUDGE